Jeremy V. Richards (CA Bar No. 102300)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
tkapur@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| RANDALL WILLIAM BLANCHARD,<br><br>Debtor. | Case No.: 8:14-bk-14105-SC<br><br>Chapter 11<br><br>**CHAPTER 11 TRUSTEE'S NOTICE OF HEARING ON MOTION FOR ORDER (1) APPROVING THE DISCLOSURE STATEMENT; (2) APPROVING PLAN SOLICITATION, NOTICE, AND VOTING PROCEDURES; (3) APPROVING FORMS OF NOTICE AND BALLOTS; AND (4) ESTABLISHING PLAN CONFIRMATION DEADLINES AND PROCEDURES**<br><br>Date:  June 11, 2015<br>Time:  11:00 a.m.<br>Place:  Courtroom 5C<br>           411 West Fourth Street<br>           Santa Ana, CA 92701<br>Judge: Hon. Scott C. Clarkson |

1

DOCS_LA:288517.2 68704/001

**PLEASE TAKE NOTICE** that Richard M. Pachulski, the duly appointed Chapter 11 Trustee (the "Trustee") in the Chapter 11 case of Randall William Blanchard (the "Debtor"), filed the following pleadings with the Court on May 1, 2015: (i) *Plan of Reorganization Proposed by Chapter 11 Trustee for Debtor Randall William Blanchard* (the "Plan") [Dkt. No. 384]; (ii) *Disclosure Statement in Support of Plan of Reorganization Proposed by Chapter 11 Trustee for Debtor Randall William Blanchard* (the "Disclosure Statement") [Dkt. No. 385]; and (iii) *Notice of Motion and Motion of Chapter 11 Trustee for Order: (1) Approving the Disclosure Statement; (2) Approving Plan Solicitation, Notice, and Voting Procedures; (3) Approving Forms of Notice and Ballots; and (4) Establishing Plan Confirmation Deadlines and Procedures* (the "Motion") [Dkt. No. 386]. Section 1125(b) of the United States Bankruptcy Code prohibits the solicitation of an acceptance or rejection of a plan prior to the distribution to creditors a Court-approved disclosure statement.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to consider the Motion in Courtroom 5C of the United States Bankruptcy Court (the "Court") located at 411 West Fourth Street, Santa Ana, California, on June 11, 2015 at 11:00 a.m.

The Motion seeks an order (1) approving the Disclosure Statement, (2) approving certain Plan solicitation, notice, and voting procedures, (3) approving confirmation deadlines and procedures, including certain specified procedures for transmitting the Plan and Disclosure Statement, ballots, and related solicitation materials, and notice of same, (4) approving certain procedures for tabulating votes on the Plan, (5) approving the forms of ballots that will accompany the Plan and Disclosure Statement sent to those classes of creditors entitled to vote on the Plan, (6) approving the form and notice of the confirmation hearing and related matters, and (7) setting the requisite dates in connection with the solicitation, voting, and confirmation process.

The hearing on the Motion and the adequacy of the information contained in the Disclosure Statement may be adjourned from time to time by announcement made in open Court without further written notice to parties in interest.

Pursuant to Federal Rule of Bankruptcy Procedure 3017(a), a copy of the Plan and Disclosure Statement is being mailed to the Debtor, the Office of the United States Trustee, the

Official Committee of Unsecured Creditors, the Securities and Exchange Commission, and parties that have requested in writing a copy of the Disclosure Statement or Plan. The Trustee will serve the Plan and Disclosure Statement upon other parties who request copies in writing. Any written request should be directed to the Trustee's counsel at the address indicated in the upper left-hand corner of page one of this Notice. The Plan and Disclosure Statement are also available for inspection at the Clerk's Office, 411 West Fourth Street, Santa Ana, California.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 3017(a) and Local Bankruptcy Rules 3017-1 and 9013-1(f), any objections to the Plan and Disclosure Statement shall be in writing, filed with the Court and served, not less than fourteen (14) days prior to the date of the hearing on the Motion, upon (i) counsel for the Trustee at the address indicated in the upper left-hand corner of page one of this Notice, (ii) counsel to the Official Committee of Unsecured Creditors, Weiland Golden, LLP, 650 Town Center Drive, Suite 950, Costa Mesa, CA 92626, Attn: Jeff Golden and Reem Bello; (iii) counsel to the Debtor, WinthropCouchot PC, 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660, Attn: Marc J. Winthrop and Jeannie Kim; and (iv) the Office of the United States Trustee, Attn: Nancy S. Goldenberg, 411 W. Fourth Street, Suite 9041, Santa Ana, CA 92701. Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve written opposition may be deemed by the Court to be consent to the granting of the relief requested in the Motion.

Dated: May 5, 2015     PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ Teddy M. Kapur*
Jeremy V. Richards (SBN 102300)
Teddy M. Kapur (SBN 242486)

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

3

DOCS_LA:288517.2 68704/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 11 TRUSTEE'S NOTICE OF HEARING ON MOTION FOR ORDER (1) APPROVING THE DISCLOSURE STATEMENT; (2) APPROVING PLAN SOLICITATION, NOTICE, AND VOTING PROCEDURES; (3) APPROVING FORMS OF NOTICE AND BALLOTS; AND (4) ESTABLISHING PLAN CONFIRMATION DEADLINES AND PROCEDURES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 5, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 5, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 5, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

By Overnight Mail
The Honorable Scott C. Clarkson, Judge
411 West Fourth Street
Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 5, 2015 | Diane H. Hinojosa | */s/ Diane H. Hinojosa* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  
DOCS_LA:288517.2 68704/001

**F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

Reem J Bello on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
rbello@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

Reem J Bello on behalf of Financial Advisor Squar Milner Peterson Miranda & Williamson LLP
rbello@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

Tambry L Bradford on behalf of Creditor MB-BONA, LLC
, rebollarg@pepperlaw.com;philipsj@pepperlaw.com

Tambry L Bradford on behalf of Plaintiff MB-BONA, LLC
bradfordt@pepperlaw.com, rebollarg@pepperlaw.com;philipsj@pepperlaw.com

Jess R Bressi on behalf of Interested Party Courtesy NEF
jbressi@mckennalong.com, ksigismondo@mckennalong.com

Frank Cadigan on behalf of U.S. Trustee United States Trustee (SA)
frank.cadigan@usdoj.gov

Greg P Campbell on behalf of Creditor U.S Bank National Association, As Trustee, successor in interest to Wachovia Bank, national Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-through Certificates, Se
ecfcacb@piteduncan.com, gc@ecf.inforuptcy.com

Greg P Campbell on behalf of Interested Party Pite Duncan, LLP 4375 Jutland Drive, Suite 200 San Diego, CA 92177-0933
ecfcacb@piteduncan.com, gc@ecf.inforuptcy.com

Candace Carlyon on behalf of Creditor Integrated Financial Associates, Inc.
ccarlyon@ccarlyon.com, docket@ccarlyon.com

Candace Carlyon on behalf of Defendant Integrated Financial Associates, Inc.
ccarlyon@ccarlyon.com, docket@ccarlyon.com

Candace Carlyon on behalf of Defendant Sand Castle Nuevo LLC
ccarlyon@ccarlyon.com, docket@ccarlyon.com

Candace Carlyon on behalf of Plaintiff Integrated Financial Associates, Inc.
ccarlyon@ccarlyon.com, docket@ccarlyon.com

Paul B George on behalf of Creditor MB-BONA, LLC
, beldingt@lanepowell.com

Paul B George on behalf of Plaintiff MB-BONA, LLC
docketing-pdx@lanepowell.com, beldingt@lanepowell.com

Jeffrey I Golden on behalf of Creditor Committee Official Committee of Creditors Holding Unsecured Claims
jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

Jeffrey I Golden on behalf of Financial Advisor Squar Milner Peterson Miranda & Williamson LLP
jgolden@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:288517.2 68704/001

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Jeffrey M Goldman on behalf of Creditor MB-BONA, LLC
goldmanj@pepperlaw.com, allenjs@pepperlaw.com

Jacob C Gonzales on behalf of Debtor Randall William Blanchard
jgonzales@weintraub.com,
gwaldron@weintraub.com;lgraham@weintraub.com;autodocket@weintraub.com;shamada@weintraub.com

Jacob C Gonzales on behalf of Defendant Folkstone Partners LP
jgonzales@weintraub.com,
gwaldron@weintraub.com;lgraham@weintraub.com;autodocket@weintraub.com;shamada@weintraub.com

Jacob C Gonzales on behalf of Defendant SAND CASTLE VICTORVILLE, LLC
jgonzales@weintraub.com,
gwaldron@weintraub.com;lgraham@weintraub.com;autodocket@weintraub.com;shamada@weintraub.com

Jacob C Gonzales on behalf of Defendant Sand Castle Nuevo LLC
jgonzales@weintraub.com,
gwaldron@weintraub.com;lgraham@weintraub.com;autodocket@weintraub.com;shamada@weintraub.com

Jacob C Gonzales on behalf of Defendant Randall William Blanchard
jgonzales@weintraub.com,
gwaldron@weintraub.com;lgraham@weintraub.com;autodocket@weintraub.com;shamada@weintraub.com

Jacob C Gonzales on behalf of Special Counsel Weintraub Tobin Chediak Coleman Grodin Law Corporation
jgonzales@weintraub.com,
gwaldron@weintraub.com;lgraham@weintraub.com;autodocket@weintraub.com;shamada@weintraub.com

Garrick A Hollander on behalf of Debtor Randall William Blanchard
ghollander@winthropcouchot.com,
pj@winthropcouchot.com;vcorbin@winthropcouchot.com;mconour@winthropcouchot.com

Teddy M Kapur on behalf of Special Counsel Pachulski Stang Ziehl & Jones LLP
tkapur@pszjlaw.com

Teddy M Kapur on behalf of Trustee Richard Pachulski (TR)
tkapur@pszjlaw.com

Teddy M Kapur on behalf of Trustee Richard M. Pachulski
tkapur@pszjlaw.com

Ori Katz on behalf of Creditor BANK OF AMERICA
okatz@sheppardmullin.com, cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com

Alan J Kessel on behalf of Creditor MB-BONA, LLC
kessela@pepperlaw.com, philipsj@pepperlaw.com

Alan J Kessel on behalf of Plaintiff MB-BONA, LLC
kessela@pepperlaw.com, philipsj@pepperlaw.com

Jeannie Kim on behalf of Debtor Randall William Blanchard

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:288517.2 68704/001

jkim@winthropcouchot.com, vcorbin@winthropcouchot.com;pj@winthropcouchot.com

Jeannie Kim on behalf of Financial Advisor BSW & ASSOCIATES
jkim@winthropcouchot.com, vcorbin@winthropcouchot.com;pj@winthropcouchot.com

Kay S Kress on behalf of Creditor MB-BONA, LLC
kressk@pepperlaw.com, henrys@pepperlaw.com

Adam J McNeile on behalf of Creditor BANK OF AMERICA
amcneile@sheppardmullin.com

Brett Ramsaur on behalf of Interested Party Courtesy NEF
bramsaur@swlaw.com, kcollins@swlaw.com

Jeremy V Richards on behalf of Plaintiff Richard M. Pachulski
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Jeremy V Richards on behalf of Trustee Richard Pachulski (TR)
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Jeremy V Richards on behalf of Trustee Richard M. Pachulski
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Todd C. Ringstad on behalf of Interested Party Courtesy NEF
becky@ringstadlaw.com

Michael G Spector on behalf of Defendant California Republic Bank
mgspector@aol.com, ljdalley@aol.com

Michael G Spector on behalf of Interested Party California Republic Bank
mgspector@aol.com, ljdalley@aol.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Cheryle R Williams on behalf of Creditor Daimler Trust
notices@bkservicing.com

Marc J Winthrop on behalf of Attorney Winthrop Couchot Professional Corporation
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com

Marc J Winthrop on behalf of Debtor Randall William Blanchard
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com

Marc J Winthrop on behalf of Defendant Randall William Blanchard
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   
DOCS_LA:288517.2 68704/001

**F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:

| | |
|---|---|
| Marc J. Winthrop, Esq.<br>Garrick A. Hollander, Esq.<br>Jeannie Kim, Esq.<br>Winthrop Couchot<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, CA 92660 | Frank Cadigan<br>411 W 4th St Ste 9041<br>Santa Ana, CA 92701 |
| Gary A. Waldron, Esq.<br>Jacob C. Gonzales, Esq.<br>Weintraub Tobin<br>23 Corporate Plaza Drive, #200<br>Newport Beach, CA 92660 | Nancy S Goldenberg<br>411 W Fourth St Ste 9041<br>Santa Ana, CA 92701-8000 |
| Jeffrey I. Golden, Esq.<br>Reem J. Bello, Esq.<br>Weiland Golden LLP<br>650 Town Center Dr., Suite 950<br>Costa Mesa, CA 92626 | U.S. Securities and Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:288517.2 68704/001