JEREMY V. RICHARDS (SBN 102300)
TEDDY M. KAPUR (SBN 242486)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
 tkapur@pszjlaw.com

Attorneys for Richard M. Pachulski,
Chapter 11 Trustee

**FILED & ENTERED**

**JUL 21 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** nbolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RANDALL WILLIAM BLANCHARD, aka RANDY BLANCHARD,<br><br>Debtor. | Chapter 11<br><br>Case No.:8:14-bk-14105-SC<br><br>ORDER GRANTING TRUSTEE'S MOTION TO DISALLOW CLAIM NO. 7 OF TEMECULA OAKS PARTNERS LP<br><br>[Relates to Docket No. 346]<br><br>**Hearing Date**<br>Date:    July 9, 2015<br>Time:    11:00 a.m.<br>Place:   Courtroom 5C |

The *Motion to Disallow Claim No. 7 of Temecula Oaks Partners LP* (the "Motion") [Docket No. 346] came on for hearing before the above-captioned Court on July 9, 2015 at 11:00 a.m. Appearances were as noted in the record. Upon reviewing the Motion, the opposition thereto filed by Claimant Temecula Oaks Partners LP ("Temecula Oaks"), and the reply thereto of the Trustee, and upon considering the arguments made by the parties at the hearing on the Motion, for the reasons set forth on the record and good cause appearing therefor:

DOCS_LA:290311.1 68704/001

**IT IS HEREBY ORDERED**:

1. The Motion is GRANTED and the Opposition is overruled.

2. Claim No. 7 filed by Temecula Oaks is disallowed in full.

# # #

Date: July 21, 2015

Scott C. Clarkson
United States Bankruptcy Judge

DOCS_LA:290311.1 68704/001