Jeremy V. Richards (CA Bar No. 102300)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: jrichards@pszjlaw.com
        tkapur@pszjlaw.com

Attorneys for Richard M. Pachulski,
Plan Administrator and former Chapter 11
Trustee for Randall William Blanchard

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>RANDALL WILLIAM BLANCHARD,<br><br>Debtor. | Case No.: 8:14-bk-14105-SC<br><br>Chapter 11<br><br>**ADDENDUM TO SEVENTH POST-CONFIRMATION STATUS REPORT REGARDING FIFTH AMENDED PLAN OF REORGANIZATION PROPOSED BY CHAPTER 11 TRUSTEE FOR RANDALL WILLIAM BLANCHARD** |

Richard M. Pachulski, as the Plan Administrator and former chapter 11 trustee (the "Plan Administrator" or "Former Trustee") for the bankruptcy estate of Randall William Blanchard ("Blanchard"), appointed pursuant to that certain *Fifth Amended Plan of Reorganization Proposed by Chapter 11 Trustee for Randall William Blanchard* [Docket No. 598] (the "Plan"), hereby submits this addendum (the "Addendum") to the seventh post-confirmation status report with respect to the Plan that was filed on October 11, 2018 [Docket No. 774] (the "Status Report"). All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Plan.

The Plan Administrator submits this Addendum to correct an inaccuracy in the description of the Estate's interests in one of the Seasmoke Projects, namely Vico, LLC ("Vico"). At the time the Plan was filed on November 12, 2015, the Former Trustee was informed that Vico held a lease of the Victoria Golf Course in Carson, California. The definition of the term "Seasmoke Projects" describes Vico as holding "a long term lease of approximately 175 acres of land owned by the City of Los Angeles that is currently used as the Victoria Golf Course in Carson, California." ("VGC

Lease"). Plan at 14. This understanding was supported by the Former Trustee's review of available records and Blanchard's declaration that was filed in support of the Plan, and it was correct at the time of the filing of prior versions of the Plan. However, the VGC Lease had, shortly before the filing of the fifth amended version of the Plan, been assigned to Plenitude Holdings, LLC ("Plenitude"), an entity in which Seasmoke owns an interest.

The Plan Administrator recently obtained a copy of that certain Victoria County Golf Course Lease Agreement Number 50215 Delegation of Duties and Assignments of Rights, effective October 1, 2015, by and among the County of Los Angeles, Vico, as assignor, and Plenitude, as assignee (the "Lease Assignment"). The Lease Assignment provides *inter alia* that with the consent of the County, the VGC Lease was assigned from Vico to Plenitude.

Despite the assignment of the VGC Lease, the Estate retains an indirect beneficial interest in the VGC Lease on account of the Estate's ownership of Seasmoke Partners, LLC ("Seasmoke Partners"). The Estate holds indirect interests in both Vico and Plenitude due to its ownership interests in Seasmoke Partners, which owns interests in Vico and Plenitude. Pursuant to the definition of the term "Assets" and Section VII, A, 2 of the Plan, 100% of the ownership interests in Seasmoke Partners were deemed to have been conveyed to the Estate. Plan at 3 and 26. Although the Plan does not specifically address Plenitude, the Plan provides that any assets of Blanchard undisclosed in the Schedules and any interests held by Seasmoke Partners on the Effective Date were deemed to have been conveyed to the Estate. *See id.* The interests of Seasmoke Partners in Plenitude and Vico are therefore Assets of the Estate.

As a result of the foregoing, references in the Status Report to Vico, LLC should be to Plenitude Holdings, LLC, which is currently leasing the Victoria Golf Course and attempting to repurpose and develop the project as a sports and entertainment facility.

DATED: February 6, 2019            PACHULSKI STANG ZIEHL & JONES LLP

By: *Teddy M. Kapur*
    Teddy M. Kapur

Attorneys for Richard M. Pachulski,
Plan Administrator and former Chapter 11
Trustee for Randall William Blanchard

DOCS_LA:319114.3 68704/003                    2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., #1300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): ***ADDENDUM TO SEVENTH POST-CONFIRMATION STATUS REPORT REGARDING FIFTH AMENDED PLAN OF REORGANIZATION PROPOSED BY CHAPTER 11 TRUSTEE FOR RANDALL WILLIAM BLANCHARD*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 6, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL:**
On **February 6, 2019,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Mr. Jack Rendell<br>Benefit National Property Management Inc.<br>29995 Technology Drive, #105<br>Murrieta CA 92563 | Richard A. Burt, II<br>Portfolio Manager<br>National Servicing, LLC<br>420 S. Orange Avenue, Suite 220<br>Orlando, FL 32801 |

☐    Service information continued on attached pg.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 6, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**:
Hon. Scott Clarkson
United States Bankruptcy Court
411 W. Fourth Street, Courtroom 5-C
Santa Ana, CA  92701

☐    Service information continued on attached pg.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 6, 2019 | Diane H. Hinojosa | */s/ Diane H. Hinojosa* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*June 2012*                                **F 9013-3.1.PROOF.SERVICE**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Reem J Bello   rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
- Jess R Bressi   jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- Frank Cadigan   frank.cadigan@usdoj.gov
- Greg P Campbell   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Candace Carlyon   ccarlyon@clarkhill.com, Crobertson@clarkhill.com;nrodriguez@clarkhill.com
- Paul B George   , beldingt@lanepowell.com
- Paul B George   docketing-pdx@lanepowell.com, beldingt@lanepowell.com
- Jeffrey I Golden   jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- Nancy S Goldenberg   nancy.goldenberg@usdoj.gov
- Jeffrey M Goldman   goldmanj@pepperlaw.com, allenjs@pepperlaw.com
- Jacob C Gonzales   jgonzales@weintraub.com, gwaldron@weintraub.com;lgraham@weintraub.com;autodocket@weintraub.com;shamada@weintraub.com
- Matthew Grimshaw   mgrimshaw@marshackhays.com, 8649808420@filings.docketbird.com
- Christopher H Hart   chart@schnader.com, nwhite@schnader.com
- Garrick A Hollander   ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Teddy M Kapur   tkapur@pszjlaw.com
- Ori Katz   okatz@sheppardmullin.com, cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com
- Alan J Kessel   kessela@pepperlaw.com, philipsj@pepperlaw.com
- Jeannie Kim   jkim@buchalter.com, docket@buchalter.com
- Kay S Kress   kressk@pepperlaw.com, henrys@pepperlaw.com
- Adam J McNeile   amcneile@sheppardmullin.com, sean@kbklegal.com
- Randall P Mroczynski   randym@cookseylaw.com
- Brett Ramsaur   brett@ramsaurlaw.com, martha.araki@gmail.com
- Jeremy V Richards   jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Todd C. Ringstad   becky@ringstadlaw.com, arlene@ringstadlaw.com
- Michael G Spector   mgspector@aol.com, mgslawoffice@aol.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop   mwinthrop@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-3.1.PROOF.SERVICE**