1  Jeremy V. Richards (CA Bar No. 102300)
   Teddy M. Kapur (CA Bar No. 242486)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA  90067
   Telephone: 310/277-6910
4  Facsimile:  310/201-0760
   E-mail:  jrichards@pszjlaw.com
5            tkapur@pszjlaw.com

6  Attorneys for Richard M. Pachulski,
   Plan Administrator and former Chapter 11
7  Trustee for Randall William Blanchard

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                   **SANTA ANA DIVISION**

11

| In re: | Case No.: 8:14-bk-14105-SC |
|---|---|
| 12 | |
| RANDALL WILLIAM BLANCHARD, | Chapter 11 |
| 13 | |
| Debtor. | **EIGHTH POST-CONFIRMATION STATUS REPORT REGARDING FIFTH AMENDED PLAN OF REORGANIZATION PROPOSED BY CHAPTER 11 TRUSTEE FOR RANDALL WILLIAM BLANCHARD; DECLARATION OF RICHARD M. PACHULSKI IN SUPPORT THEREOF** |

Hearing Date
Date:        April 18, 2019
Time:        11:00 a.m.
Place:       Courtroom 5C
             411 West Fourth Street
             Santa Ana, California
Judge:       Honorable Scott C. Clarkson

22

23     Richard M. Pachulski, as the Plan Administrator (the "Plan Administrator") for the

24 bankruptcy estate of Randall William Blanchard ("Blanchard"), appointed pursuant to that certain

25 *Fifth Amended Plan of Reorganization Proposed by Chapter 11 Trustee for Randall William*

26 *Blanchard* [Docket No. 598] (the "Plan"), hereby submits his eighth post-confirmation status report

27 with respect to the Plan (the "Report") pursuant to Local Bankruptcy Rule 3020-1(b).  The facts set

28 forth herein are supported by the declaration of Richard M. Pachulski (the "Pachulski Declaration")

DOCS_LA:320970.1 68704/003

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    filed in support hereof.  All capitalized terms not otherwise defined herein shall have the same

2    meaning as set forth in the Plan.

**I.**

**GENERAL STATUS OF PLAN**

5    The Effective Date of the Plan occurred on December 7, 2015.  The Plan Administrator has

6    not recovered additional funds since he filed the seventh post-confirmation status report on October

7    11, 2018.

8    The Plan Administrator currently has funds on hand of $266,527.  Attached as Exhibit A

9    hereto is a summary of the plan distributions, Plan Reserves, and unrestricted cash.

**II.**

**OUTSTANDING ITEMS OF ADMINISTRATION**

12    The Plan Administrator will file a motion with the Bankruptcy Court to obtain the entry of a

13    final decree after the disposition of all of the Assets and the completion of all Distributions

14    contemplated by the Plan.  As discussed below, liquidating the Estate's interests in the Seasmoke

15    Projects is the primary task that remains to be completed.  The timing of the disposition of the

16    remaining Seasmoke Projects is uncertain so it is difficult to estimate the date for plan

17    consummation and the final decree.

18    **A.    Seasmoke Projects**:  On the Effective Date of the Plan, the Estate held interests in

19    the following Seasmoke Projects:  (i) Loynes Beach Partners, LLC, (ii) Palm Canyon 65, LLC, (iii)

20    Sand Dollar Cartwright, LLC, (iv) Sand Dollar Gillette, LLC, (v) Sand Dollar Barranca 1, LLC; (vi)

21    Sand Dollar Barranca 2, LLC, (vii) Plenitude Holdings, LLC, and (viii) Black River Energy, LLC.

22    Several of the Seasmoke Projects have been monetized or liquidated.  Based on

23    representations by Blanchard and other information received by the Plan Administrator, below is an

24    update on the status of the remaining Seasmoke Projects:

25    1.    *Loynes Beach Partners, LLC* – This project owns approximately 9 acres of land

26    located at 400 Studebaker Road in Long Beach, California.  Blanchard reported that Loynes Beach

27    Partners is in escrow to sell the property for gross proceeds of $7,000,000.  The parties have

28    executed an amended purchase and sale agreement, and the sale is now projected to close on July 22,

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   2019.  The agreement authorizes the buyer to purchase two thirty day extensions of the closing date

2   for additional consideration.

3           2.      *Palm Canyon 65, LLC* – This project owned approximately 12.65 acres of land in

4   downtown Palm Springs, California.  The property was sold and did not generate a recovery for the

5   Estate.

6           3.      *Plenitude Holdings, LLC* – This project holds a long term lease of approximately 175

7   acres of land owned by the City of Los Angeles that is currently used as the Victoria Golf Course in

8   Carson, California.  Blanchard and an institutional investor are attempting to repurpose and develop

9   the project as a sports and entertainment facility.

10          4.      *Sand Dollar Cartwright, LLC* – This project owned approximately 1.7 acres of land

11  and an accompanying commercial office building in Irvine, California.  The property was sold and

12  did not generate a recovery for the Estate.

13          5.      *Sand Dollar Gillette, LLC* – This project owned approximately 2.4 acres of land in

14  Irvine, California that was sold and did not generate an immediate return for the Estate.  Sand Dollar

15  Gillette, however, holds a residual profit participation interest in the project, and Blanchard, the

16  Oversight Committee and the Plan Administrator are evaluating whether the residual interest has any

17  value for the Estate.

18          The Plan Administrator continues to monitor the status of the Seasmoke Projects and is in

19  regular communication with Blanchard and the Oversight Committee.

20          **B.      Temecula Oaks Appeal**:  On November 20, 2015, Temecula Oaks Partners

21  LP ("Temecula Oaks") appealed the Court's order granting the Plan Administrator's *Motion to*

22  *Disallow Claim No. 7 of Temecula Oaks Partners LP* [Docket No. 473].  The appeal was transferred

23  from the Bankruptcy Appellate Panel to the United States District Court for the Central District of

24  California, Southern Division (the "District Court"), bearing case number 8:15-cv-01943-JAK.  On

25  April 24, 2017, the District Court affirmed this Court's decision, and on May 23, 2017, Temecula

26  Oaks filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit (the "Ninth

27  Circuit").  The Ninth Circuit heard oral arguments on November 8, 2018, and on February 26, 2019,

28  it issued a memorandum decision affirming the District Court's decision.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

**III.**

**SERVICE**

Pursuant to the Paragraph 26 of the *Order Confirming Fifth Amended Plan of Reorganization Proposed By Chapter 11 Trustee For Debtor Randall William Blanchard* [Docket No. 637], this Report will be served on Blanchard and his bankruptcy counsel, the Oversight Committee and its counsel, the Office of the United States Trustee, Holders of Allowed and unpaid Administrative Claims, Priority Tax Claims, and Other Priority Claims, and any other party in interest in the Chapter 11 Case that specifically requests in writing that the Plan Administrator add such party's name to the list.

**IV.**

**CONCLUSION**

The Plan Administrator requests that the Court set a further status conference with respect to the Plan in approximately 180 days, with an updated status report to be filed no later than fourteen days before the hearing date.

DATED:  April 4, 2019                              PACHULSKI STANG ZIEHL & JONES LLP

                                                   By:  /s/ *Teddy M. Kapur*
                                                        Teddy M. Kapur

                                                   Attorneys for Richard M. Pachulski,
                                                   Plan Administrator and former Chapter 11
                                                   Trustee for Randall William Blanchard

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

**EXHIBIT A**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:320970.1 68704/003

**Distributions Made to General Unsecured Creditors**

| Claimant | Amount of Allowed Claim | 1st Interim Distribution | 2nd Interim Distribution | 3rd Interim Distribution | 4th Interim Distribution | 5th Interim Distribution | 6th Interim Distribution | Total |
|---|---|---|---|---|---|---|---|---|
| Snell & Wilmer L.L.P. | 56,278.09 | 25,000.00 | - | - | - | - | - | 25,000.00 |
| Norris (South Lake Villas) | 2,085,000.00 | 378,424.25 | 96,602.01 | 101,686.32 | 50,843.16 | 30,505.90 | 22,879.42 | 680,941.06 |
| Wells Fargo Bank (credit card) | 50,333.20 | 9,135.40 | 2,332.03 | 2,454.77 | 1,227.39 | 736.43 | 552.32 | 16,438.34 |
| MB Bona / National Servicing, LLC | 15,851,658.00 | 2,877,051.21 | 734,437.41 | 773,092.01 | 386,546.00 | 231,927.60 | 173,945.70 | 5,176,999.94 |
| Capital One Bank (USA), N.A. | 2,970.10 | 539.07 | 137.61 | 144.85 | 72.43 | 43.46 | 32.59 | 970.01 |
| Merrill Lynch American Express | 54,270.83 | 9,850.07 | 2,514.47 | 2,646.81 | 1,323.41 | 794.04 | 595.53 | 17,724.33 |
| Integrated Financial Associates, Inc. | 2,460,000.00 | 446,486.16 | 113,976.47 | 119,975.23 | 59,987.62 | 35,992.57 | 26,994.43 | 803,412.48 |
| | 20,560,510.22 | 3,746,486.16 | 950,000.00 | 1,000,000.00 | 500,000.00 | 300,000.00 | 225,000.00 | 6,721,486.16 |

| | |
|---|---|
| Cash on Hand | $266,527 |
| Plan Reserves | |
| Post-confirmation legal & professional fees | (200,000) |
| Post-confirmation tax services | (30,000) |
| Post-confirmation document storage | (5,000) |
| US Trustee Fees | (25,000) |
| | (260,000) |
| Cash Available for Distribution | $6,527 |

**DECLARATION OF RICHARD M. PACHULSKI**

I, Richard M. Pachulski, declare as follows:

1.      I am an attorney licensed to practice before this Court, and a partner with the law firm of Pachulski Stang Ziehl & Jones LLP.  I am also the duly appointed and acting Plan Administrator for the estate of Randall William Blanchard in the bankruptcy case captioned *In re: Randall William Blanchard*, Case No.: 8:14-BK-14105.  Prior to being appointed the Plan Administrator pursuant to the confirmed plan of reorganization in the case, I served as the Chapter 11 Trustee for the Blanchard bankruptcy estate from January 9, 2015 until December 7, 2015, which was the effective date of the plan.

2.      In my capacity as the Plan Administrator for the Estate, I make this declaration in support of the *Eighth Post-Confirmation Status Report Regarding Fifth Amended Plan of Reorganization Proposed by Chapter 11 trustee for Randall William Blanchard* (the "Report").  All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Report.

3.      I have not recovered additional funds since I filed the seventh post-confirmation status report on October 11, 2018.

4.      I currently have funds on hand of $266,527.  Attached as Exhibit A to the Report is a summary of the plan distributions, Plan Reserves, and unrestricted cash.

5.      I will file a motion with the Bankruptcy Court to obtain the entry of a final decree after the disposition of all of the Assets and the completion of all Distributions contemplated by the Plan.  Liquidating the Estate's interests in the Seasmoke Projects is the primary task that remains to be completed.  The timing of the disposition of the remaining Seasmoke Projects is uncertain so it is difficult to estimate the date for plan consummation and the final decree.

6.      My counsel and I continue to monitor the status of the Seasmoke Projects, and we are in regular communication with Blanchard and the Oversight Committee.

##

##

##

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:320970.1 68704/003

1    To the best of my knowledge, I declare under penalty of perjury under the laws of the State

2    of California that the foregoing is true and correct.

3    Executed this 4ᵗʰ day of April 2019, at Los Angeles, California.

With permission
DHH

_Richard M. Pachulski_
Richard M. Pachulski

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

1

# PROOF OF SERVICE OF DOCUMENT

2

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3

10100 Santa Monica Blvd., #1300, Los Angeles, CA 90067

4

A true and correct copy of the foregoing document entitled (*specify*): ***EIGHTH POST-CONFIRMATION STATUS REPORT REGARDING FIFTH AMENDED PLAN OF REORGANIZATION PROPOSED BY CHAPTER 11 TRUSTEE FOR RANDALL WILLIAM BLANCHARD; DECLARATION OF RICHARD M. PACHULSKI IN SUPPORT THEREOF*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

5

6

7

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 4, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

8

9

10

⊠        Service information continued on attached page.

11

**2. SERVED BY UNITED STATES MAIL:**
On **April 4, 2019,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

12

13

14

| Mr. Jack Rendell<br>Benefit National Property Management Inc.<br>29995 Technology Drive, #105<br>Murrieta CA 92563 | Richard A. Burt, II<br>Portfolio Manager<br>National Servicing, LLC<br>420 S. Orange Avenue, Suite 220<br>Orlando, FL 32801 |
|---|---|

15

16

17

☐        Service information continued on attached pg.

18

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 4, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

19

20

21

**Via Federal Express**:
Hon. Scott Clarkson
United States Bankruptcy Court
411 W. Fourth Street, Courtroom 5-C
Santa Ana, CA  92701

22

23

24

☐        Service information continued on attached pg.

25

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

26

| April 4, 2019 | Diane H. Hinojosa | */s/ Diane H. Hinojosa* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*June 2012*                                   **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:320970.1 68704/003

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**

- Reem J Bello    rbello@wgllp.com,
  kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
- Jess R Bressi    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Greg P Campbell    ch11ecf@aldridgepite.com,
  gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Candace Carlyon    ccarlyon@clarkhill.com,
  Crobertson@clarkhill.com;nrodriguez@clarkhill.com
- Paul B George    , beldingt@lanepowell.com
- Paul B George    docketing-pdx@lanepowell.com, beldingt@lanepowell.com
- Jeffrey I Golden    jgolden@wgllp.com,
  kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Jeffrey M Goldman    goldmanj@pepperlaw.com, allenjs@pepperlaw.com
- Jacob C Gonzales    jgonzales@weintraub.com,
  gwaldron@weintraub.com;lgraham@weintraub.com;autodocket@weintraub.com;shamada@
  weintraub.com
- Matthew Grimshaw    mgrimshaw@marshackhays.com,
  8649808420@filings.docketbird.com
- Christopher H Hart    chart@schnader.com, nwhite@schnader.com
- Garrick A Hollander    ghollander@wcghlaw.com,
  pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Teddy M Kapur    tkapur@pszjlaw.com
- Ori Katz    okatz@sheppardmullin.com,
  cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com
- Alan J Kessel    kessela@pepperlaw.com, philipsj@pepperlaw.com
- Jeannie Kim    jkim@buchalter.com, docket@buchalter.com
- Kay S Kress    kressk@pepperlaw.com, henrys@pepperlaw.com
- Adam J McNeile    adam@kbklegal.com, sean@kbklegal.com
- Randall P Mroczynski    randym@cookseylaw.com
- Brett Ramsaur    brett@ramsaurlaw.com, martha.araki@gmail.com;info@ramsaurlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    mwinthrop@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:320970.1 68704/003