| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeremy V. Richards (CA Bar No. 102300)<br>Teddy M. Kapur (CA Bar No. 242486)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., Suite 1300<br>Los Angeles, CA  90067<br>Telephone:  310/277/6910<br>Facsimile:   310/201/0760<br>Email:  jrichards@pszjlaw.com<br>　　　　tkapur@pszjlaw.com<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:*<br>Richard M. Pachulski, Plan Administrator and former Chapter 11 Trustee for Randall William Blanchard | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>RANDALL WILLIAM BLANCHARD, aka RANDY BLANCHARD,<br><br>　　　　　　　　　　　　　　　　　　　Debtor(s) | CASE NO.: 8:14-bk-14105-SC<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1])<br><br>**MOTION FOR APPROVAL OF DISTRIBUTION OF SEASMOKE PROJECT PROCEEDS**<br>and<br>**NOTICE OF PLAN DISTRIBUTIONS AND AMENDED PLAN RESERVES ESTABLISHED BY PLAN ADMINISTRATOR** |
|---|---|

PLEASE TAKE NOTE that the order titled  **ORDER APPROVING DISTRIBUTION OF SEASMOKE PROJECT**

**PROCEEDS, SUBJECT TO HOLD BACK OF FUNDS**

was lodged on (*date*)  **September 13, 2019**  and is attached. This order relates to the motion and notice which are

docket nos.  **785 and 793**  .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　　Page 1　　　　　　　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:324462.1 68704/003

# EXHIBIT A

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:324462.1 68704/003

Jeremy V. Richards (CA Bar No. 102300)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jrichards@pszjlaw.com
         tkapur@pszjlaw.com

Attorneys for Richard M. Pachulski,
Plan Administrator and former Chapter 11
Trustee for Randall William Blanchard

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>RANDALL WILLIAM BLANCHARD, aka RANDY BLANCHARD,<br><br>    Debtor. | Case No.: 8:14-bk-14105-SC<br><br>Chapter 11<br><br>**ORDER APPROVING DISTRIBUTION OF SEASMOKE PROJECT PROCEEDS, SUBJECT TO HOLD BACK OF FUNDS**<br><br>[Relates to Docket Nos. 785 and 793]<br><br>Hearing Date<br>Date:      September 12, 2019<br>Time:      11:00 a.m.<br>Place:     Courtroom 5C<br>           411 West Fourth Street<br>           Santa Ana, California<br>Judge:     Honorable Scott C. Clarkson |

The Court has considered the *Motion for Approval of Distribution of Seasmoke Project Proceeds* [Docket No. 785] (the "Motion"), filed by Richard M. Pachulski in his capacity as the Plan Administrator (the "Plan Administrator") for the bankruptcy estate of Randall William Blanchard (the "Estate") in the above-captioned case.  The Court having considered the Motion, the objection [Docket No. 790] filed by SMTD LAW LLP ("SMTD Law"), the Plan Administrator's reply [Docket No. 792], the Plan Administrator's notice of adjusted distributions [Docket No. 793]

DOCS_LA:324430.2 68704/003                    1

("Notice of Adjusted Distributions"), and the arguments of counsel presented at the hearing on the Motion, for the reasons the Court discussed on the record,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED, subject to the Hold Back provided for below;

2. The Plan Administrator is authorized and directed to make the distributions reflected in the Notice of Adjusted Distributions (the "Distributions"), except that the Plan Administrator shall hold back One Hundred Fifty Thousand and 00/100 Dollars ($150,000.00) (the "Hold Back") from the Estate's portion of the Seller's Net Proceeds[1] in regards to the claims of SMTD Law that were discussed on the record;

3. The Hold Back shall remain in the Plan Administrator's trust account or may be deposited into the Registry of the Bankruptcy Court subject to further order;

4. The Plan Administrator is authorized to execute any documents and take all actions necessary or appropriate to effectuate the Distributions, subject to the Hold Back;

5. The Plan Administrator and SMTD Law shall meet and confer regarding the claims SMTD Law asserts against the Seller's Net Proceeds;

6. The Plan Administrator and SMTD Law shall appear at a status conference before the Court on October 24, 2019 at 11:00 a.m. and file a status report with respect to SMTD Law's claims no later than fourteen (14) days prior to the status conference; and

7. Notwithstanding Bankruptcy Rule 8002, this Order shall be effective immediately upon its entry.

# # #

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

DOCS_LA:324430.2 68704/003     2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled: ***NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 13, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 13, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 13, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Via Federal Express***
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 13, 2019 | Melisa DesJardien | /s/ *Melisa DesJardien* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:324462.1 68704/003

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   8:14-BK-14105-SC

   - Reem J Bello    rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
   - Robert J Berens    rjb@smtdlaw.com, srodriguez@smtdlaw.com
   - Jess R Bressi    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
   - Frank Cadigan    frank.cadigan@usdoj.gov
   - Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
   - Candace Carlyon    ccarlyon@clarkhill.com, Crobertson@clarkhill.com;nrodriguez@clarkhill.com
   - Paul B George    , beldingt@lanepowell.com
   - Paul B George    docketing-pdx@lanepowell.com, beldingt@lanepowell.com
   - Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
   - Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
   - Jeffrey M Goldman    goldmanj@pepperlaw.com, allenjs@pepperlaw.com
   - Jacob C Gonzales    jgonzales@weintraub.com, gwaldron@weintraub.com;lgraham@weintraub.com;autodocket@weintraub.com;shamada@weintraub.com
   - Matthew Grimshaw    mgrimshaw@marshackhays.com, 8649808420@filings.docketbird.com
   - Christopher H Hart    chart@schnader.com, nwhite@schnader.com
   - Garrick A Hollander    ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
   - Teddy M Kapur    tkapur@pszjlaw.com
   - Ori Katz    okatz@sheppardmullin.com, cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com;lsegura@sheppardmullin.com
   - Alan J Kessel    kessela@pepperlaw.com, philipsj@pepperlaw.com
   - Jeannie Kim    jkim@buchalter.com, docket@buchalter.com
   - Kay S Kress    kressk@pepperlaw.com, henrys@pepperlaw.com
   - Adam J McNeile    adam@kbklegal.com, sean@kbklegal.com
   - Randall P Mroczynski    randym@cookseylaw.com
   - Brett Ramsaur    brett@ramsaurlaw.com, martha.araki@gmail.com;info@ramsaurlaw.com
   - Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
   - Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
   - Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
   - United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
   - Marc J Winthrop    mwinthrop@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com

2. **SERVED BY UNITED STATES MAIL**:

| | |
|---|---|
| Gary Waldron<br>Jacob Gonzales<br>weintraub tobin chediak coleman grodin<br>23 Corporate Plaza Drive, Suite 200<br>Newport Beach, CA 92660 | Christopher Morrow<br>Robert J. Berens<br>SMTD Law LLP<br>17901 Von Karman Avenue, Suite 500<br>Irvine, CA 92614 |
| Jeff Fischbeck<br>Fishbeck Properties, LLC<br>2 Salinger Court<br>Coto De Caza, CA 92679 | John Ullom<br>2316 NE Redmond-Fall City Road<br>Suite 628<br>Redmond, WA 98053 |
| Steven Blanchard<br>3216 Idaho Place<br>Costa Mesa, CA 92626 | John Beed<br>17572 Beckwall Lane<br>Huntington Beach, CA 92649 |
| Randall Blanchard<br>Seasmoke Partners, LLC<br>2222 Martin, Suite 160<br>Irvine, CA 92612 | Sean Masterson<br>Vista Bahn Partners, LLC<br>1830 Port Wheeler Place<br>Newport Beach, CA 92660 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                                           **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:324462.1 68704/003