Jeremy V. Richards (CA Bar No. 102300)
Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jrichards@pszjlaw.com
          tkapur@pszjlaw.com
Attorneys for Richard M. Pachulski,
Plan Administrator and former Chapter 11
Trustee for Randall William Blanchard


Robert J. Berens (CA Bar No. 141647)
SMTD LAW LLP
17901 Von Karman Avenue, Suite 500
Irvine, CA 92614
Telephone:     (949) 537-3800
Facsimile:     (949) 537-3822
E-mail:   rberens@smtdlaw.com
Attorneys for SMTD LAW LLP

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:14-bk-14105-SC |
| RANDALL WILLIAM BLANCHARD, | Chapter 11 |
| Debtor. | **JOINT STATUS REPORT REGARDING SMTD LAW'S ALLEGED CLAIMS AGAINST THE HOLD BACK FUNDS** |
| | <u>Hearing Date</u><br>Date:      October 24, 2019<br>Time:      11:00 a.m.<br>Place:     Courtroom 5C<br>          411 West Fourth Street<br>          Santa Ana, California<br>Judge:     Honorable Scott C. Clarkson |

        Richard M. Pachulski, as the Plan Administrator (the "<u>Plan Administrator</u>") for the bankruptcy

estate of Randall William Blanchard ("<u>Blanchard</u>") and SMTD LAW LLP ("<u>SMTD</u>") hereby submit

their Joint Status Report pursuant to the *Court's Order Approving Distribution of Proceeds, Subject*

*to Hold Back of Funds* [Docket No. 796] (the "<u>Hold Back Order</u>").  Capitalized terms not otherwise defined herein shall have the same meaning as set forth in the *Motion for Approval of Distribution of Seasmoke Project Proceeds* [Docket No. 785] (the "<u>Motion</u>").

On August 29, 2019, SMTD filed an objection to the Motion [Docket No. 790] (the "<u>SMTD Objection</u>").  Pursuant to the SMTD Objection, SMTD sought to recover $129,278.18 from the Seller's Net Proceeds arising from the disposition of the Seasmoke Project named Loynes Beach Partners, LLC ("<u>Loynes Beach</u>").  The Hold Back Order instructed the Plan Administrator to hold back and reserve $150,000 from the Seller's Net Proceeds (the "<u>Hold Back</u>") with respect to SMTD's claim for attorneys' fees and costs.  The Hold Back Order further instructed counsel for the Plan Administrator and SMTD to meet and confer and file a status report with respect to the settlement negotiations between the Plan Administrator and SMTD concerning the SMTD Objection.

Counsel for SMTD and the Plan Administrator have met and conferred, and they have not been able to reach a resolution with respect to SMTD's claim to attorneys' fees and costs to be paid from the Hold Back.

I.    **Plan Administrator's Position**

The Plan Administrator does not have a financial interest in the Hold Back, and on September 25, 2019, he filed a motion to deposit the Hold Back into the Court's registry [Docket No. 798].

The operating agreements of Loynes Beach Partners and Seasmoke Partners-Studebaker, LLC ("<u>Seasmoke Partners-Studebaker</u>") govern the distribution of the Seller's Net Proceeds, and they both call for payments to creditors of each company in the waterfall of distributions.  *See* Motion at 7-9.  As detailed below, the Plan Administrator has received contradictory information about the amount of SMTD's claim.  The Plan Administrator has not received verified invoices from SMTD, and he is therefore unable to determine the amount of fees and expenses SMTD incurred in performing services for Loynes Beach or Seasmoke Partners-Studebaker.

Attached hereto as <u>Exhibit A</u> is a copy of a letter dated July 22, 2019 that SMTD Law submitted to FATCO in connection with the closing of the Loynes Beach transaction (the "<u>Demand Letter</u>").

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The Demand Letter states, "Pursuant to my firm's fee agreement with the sellers, my firm is currently owed the amount of $33,560 for outstanding fees and costs."

Attached hereto as <u>Exhibit B</u> is a copy of supplemental escrow instructions dated July 22, 2019 that were submitted to FATCO by Loynes Beach in connection with the sale (the "<u>Supplemental Escrow Instructions</u>"). The Supplemental Escrow Instructions were signed by Blanchard (in his role as Manager) and each of the members of Loynes Beach, and it instructs FATCO to ignore the Demand Letter.

On August 29, 2019, SMTD filed the SMTD Objection, which asserted a claim in the amount of $129,278.18.

Attached hereto as <u>Exhibit C</u> is a copy of a letter dated October 3, 2019 from the Oversight Committee appointed pursuant to the Plan to Teddy Kapur as counsel for the Plan Administrator (the "<u>Oversight Committee Letter</u>"). The Oversight Committee explains that it reviewed the invoices submitted by SMTD Law and would support a payment to SMTD Law in the amount of $18,320. The Oversight Committee found that SMTD Law incurred fees and expenses in the amount of $7,160 for Loynes Beach and an additional $11,160 for the "Carson Project," which is the Seasmoke Project referred to as Plenitude Holdings, LLC. The Oversight Committee Letter included an attachment of SMTD Law invoices, and the invoices have been excluded from Exhibit C to respect potential attorney-client information.

Attached hereto as <u>Exhibit D</u> is a copy of a letter dated October 8, 2019 from Blanchard to Chris Morrow of SMTD Law (the "<u>Blanchard Letter</u>"). The Blanchard Letter explains that SMTD performed services on behalf of various entities that are managed by Seasmoke Partners, LLC, and Blanchard authorizes payment of $81,080 to SMTD. The Blanchard Letter authorizes payment to SMTD Law for legal services performed for Seasmoke Partners. Seasmoke Partners has a membership interest in Seasmoke Partners-Studebaker, as well as other entities. The Blanchard Letter, however, does not identify the amounts specifically incurred for tasks related to Loynes Beach or Seasmoke Partners-Studebaker. Accordingly, the Plan Administrator is unable to determine from the Blanchard Letter how much is due to SMTD from the Hold Back.

1   The Demand Letter, Supplemental Escrow Instructions, SMTD Objection, Oversight

2   Committee Letter, and Blanchard Letter all point to different amounts of legal fees due to SMTD.

3   Given this uncertainty, the Plan Administrator is willing to release a portion of the Seller's Net

4   Proceeds to SMTD Law on account of its claim, but the parties have been unable to reach agreement

5   as to the appropriate amount.

6   **II.    SMTD's Position**

7   Exhibit "A" attached hereto is Chris Morrow's July 22, 2019 letter to First American Title Ins.

8   Co.  This letter was sent as part of an agreement with Randy Blanchard, as manager, and other partners

9   for some monies to be paid from the proceeds from the sale of the Loynes Beach property with

10   additional amounts to be paid to SMTD from other properties that were going to close.  The agreement

11   with Mr. Blanchard and other partners was that SMTD's fees would be paid in full.  This letter was

12   not a limitation of the amount of fees and costs that were due to SMTD.

13   SMTD has reviewed Exhibit "C" attached hereto and disagrees that the amount of fees and

14   costs incurred to represent Mr. Blanchard and his various entities and other members involved in the

15   Loynes Beach project amounts to $18,320.

16   Mr. Blanchard agrees that $81,080.00 should be paid to SMTD, which was memorialized in

17   his October 8, 2019 letter to Chris Morrow with SMTD.  *See* Exhibit "D" attached hereto.  The Plan

18   Administrator has not agreed to make this payment to SMTD, and this agreed-upon payment would

19   have resolved this fee dispute as to the Hold Back Funds.  Rather, SMTD Law asserts that the Plan

20   Administrator wants to continue this fee dispute.

21   SMTD has formally demanded arbitration of this fee dispute.  Specifically, SMTD sent a

22   *Notice of Client's Right to Fee Arbitration*, dated October 8, 2019 (the "Demand for Arbitration") to

23   Mr. Blanchard, as the manager of several LLC's.  *See* Exhibit "E" attached hereto and incorporated

24   herein by this reference.  SMTD's Demand for Arbitration states that SMTD is owed $129,271.

25   However, as provided in the terms of the "Arbitration" provisions in the *Engagement Agreement*, dated

26   November 15, 2016 (the "Engagement Agreement"), SMTD will seek reasonable attorneys' fees,

27   expenses and costs for having to enforce the terms in its Engagement Agreement.  *See* Exhibit "2" to

28   the Affidavit of Chris Morrow, dated August 29, 2019 [Doc. 790-1].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    SMTD understands that Mr. Blanchard, as manager, and the other individuals and entities that

2   have signed SMTD's Engagement Agreement have agreed to arbitrate this fee dispute as requested in

3   the Demand for Arbitration.  However, if there is no agreement by the applicable parties to arbitrate

4   this matter pursuant to the Demand for Arbitration (which references the arbitration program run by

5   the Orange County Bar Assoc.), then SMTD demands arbitration of the applicable parties' dispute

6   over the attorneys' fees and costs due to SMTD pursuant to the terms of the Arbitration provisions in

7   the Engagement Agreement.

8

9   DATED:  October 10, 2019                **PACHULSKI STANG ZIEHL & JONES LLP**

10

11                                          By:  ___*/s/ Teddy M. Kapur*_____
                                                    Teddy M. Kapur, Esq.

12                                          Attorneys for Richard M. Pachulski,
                                            Plan Administrator and former Chapter 11
13                                          Trustee for Randall William Blanchard

14

15  DATED:  October 10, 2019                **SMTD LAW LLP**

16

17                                          By:  ___*/s/ Robert J. Berens*_____
                                                    Robert J. Berens, Esq.

18                                               Attorneys for SMTD LAW LLP

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT A



## SMTD LAW LLP
### SALAMIRAD · MORROW · TIMPANE · DUNN

17901 Von Karman Avenue, Suite 500
Irvine, CA 92614
(949) 537-3800
(949) 537-3822 (F)

July 22, 2019

**(Via Facsimile 877-461-2088)**

**Via Email
(randy@sanddollarpartners.com and
steven@sanddollarpartners.com)**

Kelly Simoneau
First American Title Insurance Company
3281 E. Guasti Road, Suite 440
Ontario, CA 91761

Randy Blanchard
Steven Blanchard
Loynes Beach Partners, LLC

Re:    **Escrow File No. NCS-775251-ONT1**

Dear Ms. Simoneau:

In furtherance of my voice message, SMTD Law LLP has been counsel to Loynes Beach Partners, LLC concerning the property commonly referred to as the Loynes/Studebaker property in Long Beach California, which is the subject of the above-referenced escrow.

Pursuant to my firm's fee agreement with the sellers, my firm is currently owed the amount of $33,560 for outstanding fees and costs. A copy of this demand for payment is being simultaneously sent to Randy and Steven Blanchard via email.

If you require additional information, please contact me at 949-537-3809. Otherwise, please have payment issued to SMTD Law LLP at the address above.

Sincerely,

**SMTD LAW LLP**

Christopher Morrow

# EXHIBIT B



## *First American Title Insurance Company*

National Commercial Services
3281 E Guasti Road, Suite 440, Ontario, CA 91761
(909)510-6206 - Fax (877)461-2088

## SUPPLEMENTAL ESCROW INSTRUCTIONS

To: **First American Title Insurance Company National Commercial Services**

07/22/2019

File No: **NCS-775251-ONT1 (KS)**

Re: **Loynes/Studebaker, Long Beach, CA**

**SMTD LAW LLP INVOICE:** Escrow Holder is hereby authorized and instructed to ignore the invoice received July 22, 2019 from SMTD LAW LLP, a copy of which is attached hereto, and not disburse any funds to SMTD LAW LLP. Parties relieve Escrow Holder of any liability payment whether due or not to SMTD LAW LLLP as parties will handle outside of escrow.

**PROCEEDS DUE LOYNES BEACH PARTNERS, LLC:** Escrow Holder is hereby authorized and instructed to disburse any and all proceeds due Loynes Beach Partners, LLC, to Pachulski Stang Ziehl & Jones Client Trust account.

Agreed to:

Loynes Beach Partners, LLC, a

California limited liability company

By: Seasmoke Partners, LLC, a

California limited liability company

By: _____

Randall W. Blanchard, Manager

Members:

First American Title Insurance Company National Commercial Services          File No.:NCS-775251-ONT1 (KS)

Seasmoke Partners – Studebaker, LLC, a

California limited liability company

By: _____

   Randall W. Blanchard, Manager


Fischbeck Properties, LLC, a
California limited liability company


By:_____

   Jeff Fischbeck, Manager


Vista Bahn Partners, LLC, a

California limited liability company


By:_____

   Sean Masterson, Manager


Zanebeack Investments, LLC, a

California limited liability company

By:_____

   Steven W. Blanchard, Manager

Seasmoke Partners – Studebaker, LLC, a

California limited liability company

By:_____

    Randall W. Blanchard, Manager

Fischbeck Properties, LLC, a
California limited liability company

By:_____

    Jeff Fischbeck, Manager

Vista Bahn Partners, LLC, a

California limited liability company

By:_____

    Sean Masterson, Manager

Zanebeack Investments, LLC, a

California limited liability company

By:_____

    Steven W. Blanchard, Manager

Seasmoke Partners – Studebaker, LLC, a

California limited liability company


By:_____

    Randall W. Blanchard, Manager


Fischbeck Properties, LLC, a
California limited liability company


By:_____

    Jeff Fischbeck, Manager


Vista Bahn Partners, LLC, a

California limited liability company


By:  *Sean P. Masterson*
_____

    Sean Masterson, Manager


Zanebeack Investments, LLC, a

California limited liability company


By:_____

    Steven W. Blanchard, Manager

**First American Title Insurance Company National Commercial Services**                    File No.:**NCS-775251-ONT1 (KS)**

**ALL OTHER TERMS AND CONDITIONS OF THIS ESCROW WILL REMAIN THE SAME.**



SMTD LAW LLP
SALAMIRAD · MORROW · TIMPANE · DUNN

17901 Von Karman Avenue ¦ Suite 500
Irvine, CA 92614
(949) 537-3800
(949) 537-3822 (F)

July 22, 2019

**(Via Facsimile 877-461-2088)**

**Via Email
(randy@sanddollarpartners.com and
steven@sanddollarpartners.com)**

Kelly Simoneau
First American Title Insurance Company
3281 E. Guasti Road, Suite 440
Ontario, CA 91761

Randy Blanchard
Steven Blanchard
Loynes Beach Partners, LLC

Re:    **Escrow File No. NCS-775251-ONT1**

Dear Ms. Simoneau:

In furtherance of my voice message, SMTD Law LLP has been counsel to Loynes Beach Partners, LLC concerning the property commonly referred to as the Loynes/Studebaker property in Long Beach California, which is the subject of the above-referenced escrow.

Pursuant to my firm's fee agreement with the sellers, my firm is currently owed the amount of $33,560 for outstanding fees and costs. A copy of this demand for payment is being simultaneously sent to Randy and Steven Blanchard via email.

If you require additional information, please contact me at 949-537-3809. Otherwise, please have payment issued to SMTD Law LLP at the address above.

Sincerely,

**SMTD LAW LLP**

Christopher Morrow

# EXHIBIT C

**IFA**

Integrated Financial Associates

*Real Estate Lending Specialists*

3311 Rainbow Blvd.
Suite 209
Las Vegas. NV 89146

Voice: 702-257-0021
Toll-free: 877-633-9393
Fax: 702-257-0031

October 3, 2019

**VIA EMAIL**

Teddy M. Kapur, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

  *Re: Randall William Blanchard, Debtor, Case No. 8:14-bk-14105-SC.*

Dear Teddy:

   The members of the Oversight Committee in the above referenced bankruptcy case have been advised that SMTD Law LLC ("SMTD"), has claimed, in an Objection filed as Dkt 790 in the Bankruptcy, that it is entitled to a $130,000 distribution from the sale of the property referred to in Blanchard's Plan of Reorganization as "Loynes Beach Partners, LLC" (See "Seasmoke Projects (a)"). We have reviewed the invoices submitted by SMTD in support of their claim and believe that all work was performed on behalf of related entities or projects owned or controlled by Blanchard; however, of the invoices submitted, it only appears that $7,160 of the work was performed on behalf of Loynes Beach Partners. An additional $11,160 was billed for work related to the "Carson Project". I have attached copies of the bills and have highlighted those amounts applicable to Loyne's Beach and Carson. We will support the payment of these two amounts, totaling $18,320.

   The members of the Oversight Committee believe that the SMTD claim constitutes a personal obligation of the Debtor or other related entities that is being charged against Debtor's ownership interest in Loynes Beach. This fact has been confirmed to me by Blanchard. To our knowledge, SMTD performed no services on behalf of Loynes Beach, other than the work identified above.

       Very truly yours,

       William Dyer

WBD:ms

cc: Mr. David Scheiber (*via email*)
  Tom Normandin (*via email*)

# EXHIBIT D



**SAND DOLLAR PARTNERS**
REAL ESTATE DEVELOPMENT AND INVESTMENTS

October 8, 2019


Mr. Chris Morrow                                    *VIA E-MAIL: cm@smtdlaw.com*
SMTD LAW LLP
17901 Von Karman Avenue, Suite 500
Irvine, CA  92614


**RE:    *Loynes Distribution Holdback / SDP Liabilities***

Dear Chris:

Per your request, I have reviewed the outstanding invoices presented by SMTD Law LLP for legal services provided to the various entities that I serve as manager via Seasmoke Partners, LLC.

As manager of these entities, I authorized SMTD to perform various and ongoing legal services on their behalf.  This includes services on behalf of the various entities that are managed by Seasmoke Partners, LLC.

A large portion of the legal fees identified in SMTD's statement of account in the amount of **$81,080.00**, are due and owing and are reasonable for the services performed on behalf of Seasmoke Partners, LLC.  I have no objection to these invoices or SMTD being paid for the amounts set forth in these invoices.

Due to the commonality in management of the entities that I serve as manager, I frequently requested SMTD to meet with my partners and I and I participated in conference calls where multiple matters were discussed in the same meeting or conversation; however, we were able to go through the General billings to subtract any charges that were not specifically a part of Seasmoke Partners, LLC managed partnerships, which was nominal.

Accordingly, I authorize the payment of **$81,080.00** in legal fees to SMTD Law LLP.

Call me to discuss further.

Sincerely,


Randall Blanchard
SEASMOKE PARTNERS, LLC
SAND DOLLAR PARTNERS, LLC

# EXHIBIT E



# Notice of Client's* Right To Fee Arbitration

Client's Name: Randy Blanchard, as Manager     Attorney's Name: Christopher Morrow

Client's Address: 2222 MARTIN ST SUITE 160     Attorney's Address: 17901 Von Karman Ave Suite 500

Client's City, State & Zip: IRVINE CA 92612     Attorney's City, State & Zip: Irvine CA 92614

You have an outstanding balance for fees and/or costs for professional services in the amount of $ 129,271

charged to you in the matter of various

☐ I have filed a lawsuit against you in the:     Court: _____ Case No.: _____

Address: _____

☐ I have filed an arbitration proceeding against you with the:     Agency: _____ Case No.: _____

Address: _____

☑ No lawsuit or arbitration proceeding has yet been filed but may be filed if we do not resolve this claim.

You have the right under Sections 6200-6206 of the California Business and Professions Code to request arbitration of these fees or costs by an independent, impartial arbitrator or panel of arbitrators through a bar association program created solely to resolve fee disputes between lawyers and clients.

You will LOSE YOUR RIGHT TO ARBITRATION UNDER THIS PROGRAM if:

1. YOU DO NOT FILE A WRITTEN APPLICATION FOR ARBITRATION WITH THE BAR ASSOCIATION WITHIN **30 DAYS** FROM RECEIPT OF THIS NOTICE USING A FORM PROVIDED BY THE LOCAL BAR ASSOCIATION OR STATE BAR OF CALIFORNIA FEE ARBITRATION PROGRAM; OR

2. YOU RECEIVE THIS NOTICE AND THEN EITHER (1) ANSWER A COMPLAINT I HAVE FILED IN COURT; OR (2) FILE A RESPONSE TO ANY ARBITRATION PROCEEDING THAT I HAVE INITIATED FOR COLLECTION OF FEES, AND/OR COSTS, WITHOUT FIRST HAVING SERVED AND FILED A REQUEST FOR ARBITRATION UNDER THIS PROGRAM; OR

3. YOU FILE AN ACTION OR PLEADING IN ANY LAWSUIT WHICH SEEKS A COURT DECISION ON THIS DISPUTE OR WHICH SEEKS DAMAGES FOR ANY ALLEGED MALPRACTICE OR PROFESSIONAL MISCONDUCT.

I have the right to file a lawsuit against you if you give up your right to mandatory fee arbitration. If I have already filed a lawsuit or arbitration, you may have the lawsuit or arbitration postponed after you have filed an application for arbitration under this program.

    I have determined that:

    ⦿ There is a local program which may have jurisdiction to hear this matter. The arbitration program listed below is available to you:

       Name of Program: Orange County Bar Association

       Address: P.O. Box 6130

       City, State & Zip: Newport Beach, CA 92658

       Telephone No.: 949.440.6700 ext 110

    You may wish to check the State Bar's website at www.calbar.ca.gov to see if there are other programs available to you.

    ◯ There is no approved local program which has jurisdiction to hear this matter.

The State Bar of California will conduct fee arbitration (1) where there is no approved local program, (2) where there is a local program but it declines for any reason to hear your case, (3) where there is a local program and you wish non-binding arbitration of this dispute and the local program refuses to allow non-binding arbitration of your dispute, or (4) if you believe you cannot receive a fair hearing before the local bar named above. If you need assistance, please contact Mandatory Fee Arbitration, State Bar of California, 180 Howard Street, San Francisco, CA 94105-1639, (415) 538-2020.

Date: 10/8/2019        Attorney: _____

*The request for arbitration may also be made by a person who is not the client but who may be liable for or entitled to a refund of attorney's fees or costs.     (Mandatory State Bar Approved Form Rev. March 2013)

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
10100 Santa Monica Blvd., #1300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): ***JOINT STATUS REPORT REGARDING SMTD LAW'S ALLEGED CLAIMS AGAINST THE HOLD BACK FUNDS*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 10, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒      Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL:**
On **October 10, 2019,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒      Service information continued on attached pg.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 10, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**:
Hon. Scott Clarkson
United States Bankruptcy Court
411 W. Fourth Street, Courtroom 5-C
Santa Ana, CA  92701

☐      Service information continued on attached pg.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 10, 2019 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:325002.4 68704/003

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Reem J Bello    rbello@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cyoshonis@wgllp.com;cbmeeker@gmail.com
- Robert J Berens    rjb@smtdlaw.com, srodriguez@smtdlaw.com
- Jess R Bressi    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Candace Carlyon    ccarlyon@clarkhill.com, Crobertson@clarkhill.com;nrodriguez@clarkhill.com
- Paul B George    , beldingt@lanepowell.com
- Paul B George    docketing-pdx@lanepowell.com, beldingt@lanepowell.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Jeffrey M Goldman    goldmanj@pepperlaw.com, allenjs@pepperlaw.com
- Jacob C Gonzales    jgonzales@weintraub.com, gwaldron@weintraub.com;lgraham@weintraub.com;autodocket@weintraub.com;shamada@weintraub.com
- Matthew Grimshaw    mgrimshaw@marshackhays.com, 8649808420@filings.docketbird.com
- Christopher H Hart    chart@schnader.com, nwhite@schnader.com
- Garrick A Hollander    ghollander@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com;Meir@virtualparalegalservices.com
- Teddy M Kapur    tkapur@pszjlaw.com
- Ori Katz    okatz@sheppardmullin.com, cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com;lsegura@sheppardmullin.com
- Alan J Kessel    kessela@pepperlaw.com, philipsj@pepperlaw.com
- Jeannie Kim    jkim@buchalter.com
- Kay S Kress    kressk@pepperlaw.com, henrys@pepperlaw.com
- Adam J McNeile    adam@kbklegal.com, sean@kbklegal.com
- Randall P Mroczynski    randym@cookseylaw.com
- Brett Ramsaur    brett@ramsaurlaw.com, martha.araki@gmail.com;info@ramsaurlaw.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Michael G Spector    mgspector@aol.com, mgslawoffice@aol.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Marc J Winthrop    mwinthrop@wcghlaw.com, pj@wcghlaw.com;jmartinez@wcghlaw.com

2. **SERVED BY UNITED STATES MAIL**:

| | |
|---|---|
| Gary Waldron<br>Jacob Gonzales<br>weintraub tobin chediak coleman grodin<br>23 Corporate Plaza Drive, Suite 200<br>Newport Beach, CA 92660 | Christopher Morrow<br>Robert J. Berens<br>SMTD Law LLP<br>17901 Von Karman Avenue, Suite 500<br>Irvine, CA 92614 |
| Jeff Fischbeck<br>Fishbeck Properties, LLC<br>2 Salinger Court<br>Coto De Caza, CA 92679 | John Ullom<br>2316 NE Redmond-Fall City Road<br>Suite 628<br>Redmond, WA 98053 |
| Steven Blanchard<br>3216 Idaho Place<br>Costa Mesa, CA 92626 | John Beed<br>17572 Beckwall Lane<br>Huntington Beach, CA 92649 |
| Randall Blanchard<br>Seasmoke Partners, LLC<br>2222 Martin, Suite 160<br>Irvine, CA 92612 | Sean Masterson<br>Vista Bahn Partners, LLC<br>1830 Port Wheeler Place<br>Newport Beach, CA 92660 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:325002.4 68704/003