| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeremy V. Richards (CA Bar No. 102300)<br>Teddy M. Kapur (CA Bar No. 242486)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., Suite 1300<br>Los Angeles, CA  90067<br>Telephone:  310/277/6910<br>Facsimile:   310/201/0760<br>Email:  jrichards@pszjlaw.com<br>          tkapur@pszjlaw.com<br><br>☐ *Debtor appearing without attorney*<br>☒ A*ttorney for:* Richard M. Pachulski, Plan Administrator and former Chapter 11 Trustee for Randall William Blanchard | **FILED & ENTERED**<br><br>**OCT 24 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY nbolte    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>RANDALL WILLIAM BLANCHARD, aka RANDY BLANCHARD,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:14-bk-14105-SC<br>CHAPTER: 11<br><br>**ORDER ON MOTION:**<br>   **(A) TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY, OR**<br>   **(B) TO DISBURSE FUNDS OUT OF THE COURT'S REGISTRY**<br>   **[LBR 7067-1]**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

**MOVANT:** Richard M. Pachulski, Plan Administrator and former Chapter 11 Trustee for Randall William Blanchard

Based on the motion for authority to (a) deposit funds into or (b) disburse funds out of the Bankruptcy Court's registry, filed on (*date*) September 25, 2019 as docket entry number 798, it is ordered that the motion is:

☒    Granted as follows:

  ☒ 1. **Deposits** (for a motion for authority to deposit funds into the Bankruptcy Court's registry):

    A. The party specified in the motion is authorized and directed to deposit (*exact dollar amount*): $150,000.00, by check or money order, made payable to "U.S. Bankruptcy Court," personally

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016* | Page 1 | **F 7067-1.1.ORDER.REGISTRY.FUND**

DOCS_LA:324520.1 68704/003

      delivered, together with a copy of this Order, to the Clerk of the Bankruptcy Court or Chief Deputy Clerk, (i) as soon as practicable after funds are available, or (ii) no later than (*date, if applicable*) ____.

B. The Clerk is directed to deposit the funds into an interest bearing account with an authorized depository as specified in General Order 13-01 (as it may be amended from time to time), subject to deduction of an investment fee from the income earned as provided in that general order and LBR 7067-1(e), and to retain such funds on deposit until further order of the court.

C. Nature of deposit (*choose one*):

    i. ☐ **Not** "disputed ownership funds" (CRIS system). Based on the record presented, this court does not find or conclude that the funds at issue must be treated as "disputed ownership funds" as that term is defined by the Internal Revenue Service (26 C.F.R. § 1.468B-9(b)(1)). Accordingly, pursuant to General Order 13-01 (as it may be amended from time to time) and LBR 7067-1(e), the Administrative Office of the United States Courts is hereby authorized and directed to administer the funds, and charge fees, under the Court Registry Investment System (CRIS).

    ii. ☒ Ordinary "disputed ownership funds" (CRIS DOF). This court finds and concludes that the funds to be deposited are interpleader funds, or other funds which qualify as "disputed ownership funds" as that term is defined by the Internal Revenue Service (26 C.F.R. § 1.468B-9(b)(1)). Accordingly, pursuant to General Order 13-01 (as it may be amended from time to time) and LBR 7067-1(e), the Administrative Office of the United States Courts is hereby authorized and directed to administer the funds, charge fees, and withhold and pay taxes, under its Disputed Ownership Funds system (CRIS DOF).

    iii. ☐ Disputed ownership funds requiring special administration. The funds to be deposited qualify as "disputed ownership funds" as that term is defined by the Internal Revenue Service (26 C.F.R. § 1.468B-9(b)(1)) but require special administration, such as periodic withdrawals for payment of expenses related to this bankruptcy case or a related proceeding. A special administrator is required, and it cannot be the Clerk nor can it be the Administrative Office of the United States Courts, because neither is set up to administer such complex accounting. Accordingly, pursuant to General Order 13-01 (as it may be amended from time to time) and LBR 7067-1, this court appoints the following person as the special administrator to administer the funds, charge fees, and withhold and pay taxes. The special administrator's compensation and other terms are as set forth either in the motion, or elsewhere in this order, or in a separate order. Special administrator: _____.

☐ 2. **Disbursements** (for a motion for disbursement of funds on deposit with the Bankruptcy Court's registry):

A. This court being satisfied that the time for appeal of any related judgment or order having expired, or upon written stipulation of the parties (docket no. ____) approved by this court, the Clerk of the Bankruptcy Court is hereby requested and directed to disburse $_____ , plus accrued interest, if any, as follows, conditioned on the following persons presenting a W-9 form or other form of taxpayer identification acceptable to the Clerk for tax reporting purposes:

    i. ☐ To (*name*): _____

      $_____ **OR** _____% of the principal balance of the fund, and

      $_____ **OR** _____% of the accrued interest on the fund, at the following address:

      _____
      _____
      _____
      _____

    ii. ☐ To (*name*): _____

      $_____ **OR** _____% of the principal balance of the fund, and

      $_____ **OR** _____% of the accrued interest on the fund, at the following address:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*        Page 2        **F 7067-1.1.ORDER.REGISTRY.FUND**

DOCS_LA:324520.1 68704/003

       _____
       _____
       _____
       _____

    iii. ☐ To (*name*): _____

       $_____ **OR** _____% of the principal balance of the fund, and

       $_____ **OR** _____% of the accrued interest on the fund, at the following address:

       _____
       _____
       _____
       _____

    ☐ See attached continuation page for additional recipients.

B. The Clerk of the Bankruptcy Court is relieved from liability for loss of interest, if any, for early withdrawal of the above-referenced funds.

☐ Denied

☐ Set for hearing on (*date*) _____ at (*time*) _____.

☐ Other provisions: _____

###

Date: October 24, 2019

*/s/ Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*     Page 3     **F 7067-1.1.ORDER.REGISTRY.FUND**

DOCS_LA:324520.1 68704/003