Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   tkapur@pszjlaw.com

Attorneys for Richard M. Pachulski,
Plan Administrator

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>RANDALL WILLIAM BLANCHARD,<br><br>Debtor. | Case No.: 8:14-bk-14105-SC<br><br>Chapter 11<br><br>**STATEMENT OF PLAN ADMINISTRATOR RE: MOTION FOR RELIEF FROM STAY FILED BY SALVATORE CASCIARO**<br><br>**[Related to Docket No. 816]** |

Richard M. Pachulski, as the Plan Administrator pursuant to the *Fifth Amended Plan of Reorganization Proposed by Chapter 11 Trustee for Randall William Blanchard* [Docket No. 598] (the "Plan"),[1] hereby submits this Statement in response to the *Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362* [Docket No. 816] (the "Motion") filed by Salvatore Casciaro ("Movant"). The Plan Administrator respectfully states as follows:

The Plan Administrator takes no position on the Motion, subject to any further information that may be provided by Movant or other party in interest in connection with the Motion. Any prepetition claim or claim arising prior to the Effective Date against the Estate could be potentially

---

[1] The Plan was confirmed pursuant to an order entered on December 9, 2015 [Docket Nos. 636 & 637], and became effective on December 9, 2015 [*see* Docket No. 639].

DOCS_LA:340566.2 68704/003

subject to the continuing injunction provided for in Section IX.B of the Plan.[2] Movant's state court Complaint names various Defendant entities, certain of which are Seasmoke Projects[3] that the Estate holds interests in pursuant to the Plan. The value of such interests could be potentially impacted by Movant's state court action and any damages awarded therein. However, given the indirect and attenuated nature of the Estate's ultimate interest in this matter, the Plan Administrator expresses no opinion on the Motion. The Plan Administrator reserves all of his rights with respect to any claims or obligations that may be asserted against the Estate or otherwise impact the Plan or its administration.

DATED: November 11, 2021         PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ *Teddy M. Kapur*
    Teddy M. Kapur

Attorneys for Richard M. Pachulski,
Plan Administrator

---

[2] This provision provides: "In implementation of the Plan, except as otherwise expressly provided in the Confirmation Order or the Plan, and except in connection with the enforcement of the terms of the Plan or any documents provided for or contemplated in the Plan, all entities who have held, hold or may hold Claims against the Estate that arose prior to the Effective Date are enjoined from: (a) commencing or continuing in any manner, directly or indirectly, any action or other proceeding of any kind against the Plan Administrator, or any of his respective property (including the Assets which are property of the Estate) …."

[3] "Seasmoke Projects" is defined in the Plan as "the following real estate projects in which Seasmoke Partners owns indirect ownership interests: … (e) Sand Dollar Barranca 1, LLC; (f) Sand Dollar Barranca 2, LLC, which together with [Sand] Dollar Barranca 1, LLC, they own approximately 6.3 acres of land in Irvine, California …."

DOCS_LA:340566.2 68704/003                 2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., #1300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT OF PLAN ADMINISTRATOR RE: MOTION FOR RELIEF FROM STAY FILED BY SALVATORE CASCIARO** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 11, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached pg.

**2. SERVED BY UNITED STATES MAIL:**
On **November 11, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Randall William Blanchard
7 Meryton
Irvine, CA 92612

☐ Service information continued on attached pg.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 11, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**:
Hon. Scott Clarkson
United States Bankruptcy Court
411 W. Fourth Street, Ste. 5130 / Courtroom 5-C
Santa Ana, CA 92701

☐ Service information continued on attached pg.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 11, 2021 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340566.2 68704/003

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Raymond H. Aver**   ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com
- **Reem J Bello**   rbello@wgllp.com, kadele@ecf.courtdrive.com;cyoshonis@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
- **Robert J Berens**   rjb@smtdlaw.com, adelgado@smtdlaw.com
- **Jess R Bressi**   jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Frank Cadigan**   frank.cadigan@usdoj.gov
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Candace Carlyon**   ccarlyon@clarkhill.com, Crobertson@clarkhill.com;nrodriguez@clarkhill.com
- **Paul B George**   , beldingt@lanepowell.com
- **Paul B George**   docketing-pdx@lanepowell.com, beldingt@lanepowell.com
- **Jeffrey I Golden**   jgolden@wgllp.com, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
- **Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
- **Jeffrey M Goldman**   goldmanj@pepperlaw.com, allenjs@pepperlaw.com
- **Jacob C Gonzales**   jgonzales@weintraub.com, gwaldron@weintraub.com;lgraham@weintraub.com;autodocket@weintraub.com;shamada@weintraub.com
- **Matthew Grimshaw**   mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Christopher H Hart**   chart@schnader.com, admin@nutihart.com
- **Garrick A Hollander**   ghollander@wghlawyers.com, jmartinez@wghlawyers.com;Meir@wghlawyers.com
- **Teddy M Kapur**   tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Ori Katz**   okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Alan J Kessel**   kessela@pepperlaw.com, janine.philips@troutman.com
- **Alan Jules Kessel**   alan.kessel@troutman.com, janine.philips@troutman.com
- **Jeannie Kim**   jkim@buchalter.com, dgatmen@sheppardmullin.com
- **Jeannie Kim**   jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Kay S Kress**   kay.kress@troutman.com, susan.henry@troutman.com
- **Adam J McNeile**   adam@kbklegal.com, sean@kbklegal.com
- **Randall P Mroczynski**   randym@cookseylaw.com
- **Brett Ramsaur**   brett@ramsaurlaw.com, stacey@ramsaurlaw.com
- **Jeremy V Richards**   jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Michael G Spector**   mgspector@aol.com, mgslawoffice@aol.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Marc J Winthrop**   mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:340566.2 68704/003