

**FILED & ENTERED**

**NOV 24 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re:

Randall William Blanchard

Debtor(s).

Case No.: 8:14-bk-14105-SC

CHAPTER 11

**ORDER TO APPEAR AND SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED OR CLOSED ("OSC")**

Date:    December 1, 2021
Time:    1:30 PM
Courtroom: 5C – *virtual; see tentative ruling for Zoom.gov meeting information*

Having reviewed the docket as a whole, and noting that the plan was confirmed in 2015, the most recent post-confirmation status report was filed in 2019, the docket does not reflect that a discharge has been entered, and that the docket reflects minimal activity subsequent to 2019, the Court hereby finds good cause to require the Plan Administrator, and any other interested parties, to appear on December 1, 2021, at 1:30 p.m., and show cause why the case should not be dismissed or closed. Responses to this OSC may be provided to the Court orally at the hearing.

IT IS SO ORDERED.

Date: November 24, 2021

Scott C. Clarkson
United States Bankruptcy Judge