Teddy M. Kapur (CA Bar No. 242486)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: tkapur@pszjlaw.com

Attorneys for Richard M. Pachulski,
Plan Administrator for Bankruptcy
Estate of Randall William Blanchard

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>RANDALL WILLIAM BLANCHARD,<br><br>Debtor. | Case No.: 8:14-bk-14105-SC<br><br>Chapter 11<br><br>**POST-CONFIRMATION STATUS REPORT REGARDING FIFTH AMENDED PLAN OF REORGANIZATION PROPOSED BY CHAPTER 11 TRUSTEE FOR RANDALL WILLIAM BLANCHARD; DECLARATION OF RICHARD M. PACHULSKI IN SUPPORT THEREOF**<br><br><u>Hearing Date</u><br>Date:     October 12, 2022<br>Time:    1:30 p.m.<br>Place:    Courtroom 5C<br>             411 West Fourth Street<br>             Santa Ana, California<br>Judge:   Honorable Scott C. Clarkson |

Richard M. Pachulski, as the Plan Administrator (the "Plan Administrator") for the bankruptcy estate of Randall William Blanchard ("Blanchard"), appointed pursuant to that certain *Fifth Amended Plan of Reorganization Proposed by Chapter 11 Trustee for Randall William Blanchard* [Docket No. 598] (the "Plan"), hereby submits his post-confirmation status report with respect to the Plan (the "Report") pursuant to Local Bankruptcy Rule 3020-1(b). The facts set forth herein are supported by the declaration of Richard M. Pachulski (the "Pachulski Declaration") filed

DOCS_LA:345163.2 68704/003

in support hereof. All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Plan.

## I.

## GENERAL STATUS OF PLAN

The Effective Date of the Plan occurred on December 7, 2015. Since that time the Plan Administrator has made disbursements of more than $11.5 million and holders of allowed general unsecured claims have received 35% recoveries. *See* Post-Confirmation Report for quarter ending June 30, 2022 [Docket No. 835]. Attached as Exhibit A hereto is a summary of distributions to creditors. The Estate has cash on hand of $79,458.07.

## II.

## OUTSTANDING ITEMS OF ADMINISTRATION

The Plan Administrator has liquidated the Estate's interests in all of the real estate investments known as the Seasmoke Projects, except for Plenitude Holdings, LLC ("Plenitude"). Monetizing the Estate's interests in Plenitude and recovering obligations that Blanchard owes to the Estate are key remaining tasks before the Plan can be consummated.

### A.    Plenitude Holdings

Plenitude is a real estate investment partnership between Blanchard-related entities ("Blanchard Entities") and entities related to Shopoff Realty Investments ("Shopoff"). Plenitude holds a long term lease of approximately 165 acres of land owned by the County of Los Angeles that is currently used as the Victoria Golf Course in Carson, California. The real property underlying the Plenitude project was converted into a golf course in the 1960s, and Victoria Golf Course has been operated by Plenitude since 2015.

In 2017, county officials announced that they planned to convert the golf course into a sports and recreation venue. In September 2021, Plenitude and the County entered into an amended and restated lease for the Victoria Golf Course (the "Lease") to repurpose its use as a sports, recreation and entertainment facility and extend the lease term to July 31, 2084. The proposed project would consist of a multi-use indoor sports complex, youth learning experience facility, indoor skydiving facility, marketplace, clubhouse, recreation and dining center, restaurants, and a sports wellness center.

2

The proposed project also would provide ziplining facilities, an enhanced driving range, a community park, open space areas, and a jogging path.

Plenitude in in discussions with various subtenants. For example, Plenitude has executed a sublease with Glytch eSports that is pending county approval. Glytch operates esports stadiums and proposes to develop a 750-seat facility at the project. Plenitude also has executed a sublease with FlyingTee to open a 17.5 acre golf and entertainment facility.

Under the Lease, Plenitude was required to commence construction on September 14, 2022. Plenitude encountered financing and construction delays, and it was unable to meet the construction milestones originally set forth in the lease.

On September 13, 2022, the Los Angeles County Board of Supervisors voted to approve an amendment to the Lease that grants extensions of certain deadlines. The amendment amends the Lease to: (1) extend the construction commencement date, and subsequent construction milestones, by six months; (2) authorize the Director of the Los Angeles County Department of Parks and Recreation to grant one additional six month extension to the construction commencement date with an extension fee of $100,000; (3) require Plenitude to submit copies of proformas for major subleases; and (4) require Plenitude to reimburse Los Angeles County for its actual costs incurred in the negotiation, preparation and review of amendments to the Lease.

The Plan Administrator and Oversight Committee have been engaged in discussions with Blanchard about how to monetize the Estate's interests in Plenitude. The Blanchard entities have been negotiating with Shopoff about the potential buyout of their equity interests in Plenitude (a "Buyout"). In the event that the parties close on a Buyout, the Estate is expected to receive at least 12.65% of the net sale proceeds and Plan Administrator intends to make additional distributions to general unsecured creditors.

**B.     Blanchard's Outstanding Obligations**

The Plan Administrator also intends to pursue Blanchard for payment obligations he owes to the Estate. As of September 30, 2022, the total amount of personal obligations due to the Estate is $319,064.81. This amount is comprised of the remaining balance of the Living Expense Loan of $50,511.94, and the principal and interest due on a certain 2019 promissory note of $268,552.87.

DOCS_LA:345163.2 68704/003

Living Expense Loan. Section X, C of the Plan provided Blanchard with the Living Expense Loan in the amount of $220,000 to assist him with his living expenses following the Effective Date. To date, the Estate has recouped $169,488.06 of the Living Expense Loan, and $50,511.94 remains outstanding. The Plan calls for the Living Expense Loan to be repaid in full before Blanchard receives any recoveries on account of services performed with respect to the Seasmoke Projects. Plan, Section X, C, at p. 51.

2019 Promissory Note. In 2019, Blanchard requested a loan from the Estate to pay reasonable and necessary expenses related to Plenitude so that he could facilitate the disposition of the project. The Plan Administrator, with input from the Oversight Committee, agreed to loan Blanchard $200,000 for those purposes. As part of the loan, Blanchard agreed to reimburse the Estate $32,261.94 for payments made to attorneys who represented him personally in connection with the sale of the Seasmoke Project known as Loynes Beach Partners. To memorialize these obligations, on October 2, 2019, Blanchard executed (i) a Promissory Note (the "Note") wherein he promised to pay $232,261.94, plus interest, to the order of Richard Pachulski, solely in his capacity as the Plan Administrator, and (ii) a Pledge Agreement and Assignment of Interest in favor of the Plan Administrator.

The maturity date of the Note is September 30, 2022. The Plan Administrator has notified Blanchard of the upcoming maturity date. Upon the occurrence of an event of default under the Note, the Plan Administrator may pursue, concurrently or successively, any one or more of the remedies set forth in the Note, pledge agreement, any other provision of the loan documents, and/or the Plan.

**III.**

**SERVICE**

Pursuant to the Paragraph 26 of the *Order Confirming Fifth Amended Plan of Reorganization Proposed By Chapter 11 Trustee For Debtor Randall William Blanchard* [Docket No. 637], this Report will be served on Blanchard, the Oversight Committee, the Office of the United States Trustee, Holders of Allowed and unpaid Administrative Claims, Priority Tax Claims, and Other

4

DOCS_LA:345163.2 68704/003

Priority Claims, and any other party in interest in the Chapter 11 Case that specifically requests in writing that the Plan Administrator add such party's name to the list.

## IV.

## CONCLUSION

The Plan Administrator will file a motion with the Bankruptcy Court to obtain the entry of a final decree after the disposition of all of the Assets and the completion of all Distributions contemplated by the Plan. The timing of these remaining tasks is uncertain so it is difficult to estimate the date for plan consummation and the final decree.

The Plan Administrator requests that the Court set a further status conference with respect to the Plan in approximately 180 days, with an updated status report to be filed no later than fourteen days before the hearing date.

DATED:  September 27, 2022            PACHULSKI STANG ZIEHL & JONES LLP

By:   /s/ *Teddy M. Kapur*
         Teddy M. Kapur

Attorneys for Richard M. Pachulski,
Plan Administrator for Bankruptcy
Estate of Randall William Blanchard

5

DOCS_LA:345163.2 68704/003

# EXHIBIT A

**Distributions Made to General Unsecured Creditors**

| Claimant | Amount of Allowed Claim | 1st Interim Distribution | 2nd Interim Distribution | 3rd Interim Distribution | 4th Interim Distribution | 5th Interim Distribution | 6th Interim Distribution | 7th Interim Distribution | Total |
|---|---|---|---|---|---|---|---|---|---|
| Snell & Wilmer L.L.P. | 56,278.09 | 25,000.00 | - | - | - | - | - | - | 25,000.00 |
| Norris (South Lake Villas) | 2,085,000.00 | 378,424.25 | 96,602.01 | 101,686.32 | 50,843.16 | 30,505.90 | 22,879.42 | 43,216.69 | 724,157.75 |
| Wells Fargo Bank (credit card) | 50,333.20 | 9,135.40 | 2,332.03 | 2,454.77 | 1,227.39 | 736.43 | 552.32 | 1,043.28 | 17,481.62 |
| MB Bona / National Servicing, LLC | 15,851,658.00 | 2,877,051.21 | 734,437.41 | 773,092.01 | 386,546.00 | 231,927.60 | 173,945.70 | 328,564.10 | 5,505,564.04 |
| Capital One Bank (USA), N.A. | 2,970.10 | 539.07 | 137.61 | 144.85 | 72.43 | 43.46 | 32.59 | 61.56 | 1,031.57 |
| Merrill Lynch American Express | 54,270.83 | 9,850.07 | 2,514.47 | 2,646.81 | 1,323.41 | 794.04 | 595.53 | 1,124.89 | 18,849.23 |
| Integrated Financial Associates, Inc. | 2,460,000.00 | 446,486.16 | 113,976.47 | 119,975.23 | 59,987.62 | 35,992.57 | 26,994.43 | 50,989.47 | 854,401.95 |
|  | 20,560,510.22 | 3,746,486.16 | 950,000.00 | 1,000,000.00 | 500,000.00 | 300,000.00 | 225,000.00 | 425,000.00 | 7,146,486.16 |

# DECLARATION OF RICHARD M. PACHULSKI

I, Richard M. Pachulski, declare as follows:

1. I am an attorney licensed to practice before this Court and a partner with the law firm of Pachulski Stang Ziehl & Jones LLP. I am also the duly appointed and acting Plan Administrator for the estate of Randall William Blanchard in the bankruptcy case captioned *In re: Randall William Blanchard*, Case No.: 8:14-BK-14105. Prior to being appointed the Plan Administrator pursuant to the confirmed plan of reorganization in the case, I served as the Chapter 11 Trustee for the Blanchard bankruptcy estate.

2. In my capacity as the Plan Administrator for the Estate, I make this declaration in support of the *Post-Confirmation Status Report Regarding Fifth Amended Plan of Reorganization Proposed by Chapter 11 trustee for Randall William Blanchard* (the "Report"). All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Report.

3. I am generally knowledgeable about and familiar with the Debtor's affairs with respect to assets of the Estate. Except as indicated herein, the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and information from counsel and other advisors to the Estate. If called upon to testify, I would testify competently to the facts set forth in this Declaration on that basis.

4. As of September 1, 2022, the Estate has cash on hand of $79,458.07. Attached as Exhibit A to the Report is a summary of distributions to creditors.

5. The Estate has liquidated its interests in all of the real estate investments known as the Seasmoke Projects, except for Plenitude. Monetizing the Estate's interests in Plenitude and recovering obligations that Blanchard owes to the Estate are key remaining tasks.

6. Through counsel I have been engaged in discussions with the Oversight Committee and Blanchard about how to monetize the Estate's interests in Plenitude. I have been informed that the Blanchard entities have been negotiating with Shopoff about a potential Buyout. In the event that the parties close on a Buyout, I would like to use the Estate's share of the funds to make additional distributions to general unsecured creditors.

1

DOCS_LA:345163.2 68704/003

7.    I intend to pursue Blanchard for payment obligations he owes to the Estate. I have been informed that as of September 30, 2022, the total amount of personal obligations due to the Estate is $319,064.81.

8.    Through counsel, I have notified Blanchard of the September 30, 2022 maturity date of the Note. Upon the occurrence of an event of default under the Note, I may pursue, concurrently or successively, any one or more of the remedies set forth in the Note, pledge agreement, any other provision of the loan documents, and/or the Plan.

9.    I will file a motion with the Bankruptcy Court to obtain the entry of a final decree after the disposition of all of the Assets and the completion of all Distributions contemplated by the Plan. The timing of these remaining tasks is uncertain so it is difficult to estimate the date for plan consummation and the final decree.

To the best of my knowledge, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this ___ day of September 2022, at Los Angeles, California.

_____
Richard M. Pachulski

DOCS_LA:345163.2 68704/003

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., #1300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): ***EIGHTH POST-CONFIRMATION STATUS REPORT REGARDING FIFTH AMENDED PLAN OF REORGANIZATION PROPOSED BY CHAPTER 11 TRUSTEE FOR RANDALL WILLIAM BLANCHARD; DECLARATION OF RICHARD M. PACHULSKI IN SUPPORT THEREOF*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 27, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL:**
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached pg.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 27, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**:
Hon. Scott Clarkson
United States Bankruptcy Court
411 W. Fourth Street, Courtroom 5-C
Santa Ana, CA  92701

**Via Email**
Aaron Banks   abanks@sentinelcf.com
Steve Parmee  sparmee@sentinelcf.com

☐ Service information continued on attached pg.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 27, 2022 | Nancy H. Brown | */s/ Nancy H. Brown* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:345163.2 68704/003

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Raymond H. Aver**   ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- **Reem J Bello**   rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Robert J Berens**   rjb@smtdlaw.com, adelgado@smtdlaw.com
- **Jess R Bressi**   jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Candace Carlyon**   ccarlyon@clarkhill.com, Crobertson@clarkhill.com;nrodriguez@clarkhill.com
- **Paul B George**   , beldingt@lanepowell.com
- **Paul B George**   docketing-pdx@lanepowell.com, beldingt@lanepowell.com
- **Jeffrey I Golden**   jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
- **Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
- **Jeffrey M Goldman**   goldmanj@pepperlaw.com, allenjs@pepperlaw.com
- **Jacob C Gonzales**   jgonzales@weintraub.com, gwaldron@weintraub.com;lgraham@weintraub.com;autodocket@weintraub.com;shamada@weintraub.com
- **Matthew Grimshaw**   mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Christopher Hart**   chart@nutihart.com, admin@nutihart.com
- **Garrick A Hollander**   ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Teddy M Kapur**   tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Ori Katz**   okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Alan J Kessel**   kessela@pepperlaw.com, janine.philips@troutman.com
- **Alan Jules Kessel**   alan.kessel@troutman.com, janine.philips@troutman.com
- **Jeannie Kim**   jkim@buchalter.com, dgatmen@sheppardmullin.com
- **Jeannie Kim**   jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Jonathan J Kim**   jkim@pszjlaw.com, jkim@pszjlaw.com
- **Kay S Kress**   kay.kress@troutman.com, susan.henry@troutman.com
- **Adam J McNeile**   adam@kbklegal.com, sean@kbklegal.com
- **Randall P Mroczynski**   randym@cookseylaw.com
- **Brett Ramsaur**   brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com
- **Jeremy V Richards**   jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Michael G Spector**   mgspector@aol.com, mgslawoffice@aol.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
- **Marc J Winthrop**   mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:345163.2 68704/003