Teddy M. Kapur (CA Bar No. 242486)
Jonathan J. Kim (CA Bar No. 180761)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: tkapur@pszjlaw.com
         jkim@pszjlaw.com

Attorneys for Richard M. Pachulski,
Plan Administrator for Bankruptcy
Estate of Randall William Blanchard

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>RANDALL WILLIAM BLANCHARD,<br><br>Debtor. | Case No.: 8:14-bk-14105-SC<br><br>Chapter 11<br><br>**PLAN ADMINISTRATOR'S STATUS REPORT RE: ORDER TO SHOW CAUSE [DN 819]**<br><br>Hearing Date<br>Date:   February 12, 2025<br>Time:   11:00 a.m.<br>Place:  Courtroom 5C<br>        411 West Fourth Street<br>        Santa Ana, California<br>Judge:  Honorable Scott C. Clarkson |

Richard M. Pachulski, as the Plan Administrator (the "Plan Administrator") for the bankruptcy estate (the "Estate") of Randall William Blanchard ("Blanchard"), appointed pursuant to that certain *Fifth Amended Plan of Reorganization Proposed by Chapter 11 Trustee for Randall William Blanchard* [Docket No. 598] (the "Plan"), hereby submits this Status Report relating to the Court's *Order to Show Cause Why the Case Should Not Be Dismissed or Closed* ("OSC") [Docket No. 819]. All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Plan.

The Plan Administrator respectfully requests that the Court further adjourn and hold this matter in abeyance pending the Plan Administrator filing a motion for a final decree and closing of the

4929-3262-2102.1 68704.003

Chapter 11 case ("Case Closing Motion"), which he anticipates doing promptly after pertinent tax information from a third party, Seasmoke Partners LLC ("Seasmoke"), is prepared and filed (specifically the 2024 K-1 tax form for Seasmoke (the "Seasmoke K-1")). The Estate has an ownership interest in Seasmoke pursuant to the Plan.

The Plan Administrator is informed by Seasmoke that the Seasmoke K-1 is in the process of being prepared and will be ready as soon as reasonably practicable. The Plan Administrator's advisors need such information to finalize their own tax analysis and confirm there are no Estate tax liabilities that must be paid. The Plan Administrator plans to promptly file the Case Closing Motion, after review of the Seasmoke K-1 and such confirmation. While the Plan Administrator has requested Seasmoke to file the Seasmoke K-1 as soon as practical, the timing of the Seasmoke K-1 is out of the Plan Administrator's control. However, the Plan Administrator anticipates the Seasmoke K-1 to be filed within the next several months, if not sooner.

As discussed in the last Status Report [Docket No. 858], the Plan Administrator has settled his litigation with the Debtor and liquidated or otherwise disposed of the remaining assets of the Estate (other than one indirect interest that will be addressed in the Case Closing Motion). After review of the Seasmoke K-1 and any related information, the Plan Administrator will confirm the calculations of the final distributions to unsecured creditors and proceed with the Case Closing Motion.

**WHEREFORE**, the Plan Administrator requests that the Court hold the OSC in abeyance pending the Plan Administrator filing his Motion to Close the Case or such other date as may be determined by the Court.

DATED: February 4, 2025                PACHULSKI STANG ZIEHL & JONES LLP

By:   /s/ *Teddy M. Kapur*
        Teddy M. Kapur
        Jonathan J. Kim

     Attorneys for Richard M. Pachulski,
     Plan Administrator for Bankruptcy
     Estate of Randall William Blanchard

4929-3262-2102.1 68704.003                2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., #1300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **_PLAN ADMINISTRATOR'S STATUS REPORT RE: ORDER TO SHOW CAUSE_** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 4, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL:**
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached pg.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 4, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**:
Hon. Scott Clarkson
United States Bankruptcy Court
411 W. Fourth Street, Courtroom 5-C
Santa Ana, CA  92701

**Via Email**
Aaron Banks   abanks@sentinelcf.com
Steve Parmee  sparmee@sentinelcf.com

☐ Service information continued on attached pg.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 4, 2025 | Sophia Lee | /s/ Sophia Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE

4929-3262-2102.1 68704.003

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Raymond H. Aver**    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Robert J Berens**    rjb@smtdlaw.com, adelgado@smtdlaw.com
- **Jess R Bressi**    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Candace Carlyon**    ccarlyon@clarkhill.com, Crobertson@clarkhill.com;nrodriguez@clarkhill.com
- **Paul B George**    , beldingt@lanepowell.com
- **Paul B George**    docketing-pdx@lanepowell.com, beldingt@lanepowell.com
- **Jeffrey I Golden**    jgolden@go2.law, kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com
- **Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
- **Jeffrey M Goldman**    goldmanj@pepperlaw.com, allenjs@pepperlaw.com
- **Jacob C Gonzales**    jgonzales@weintraub.com, gwaldron@weintraub.com;lgraham@weintraub.com;autodocket@weintraub.com;shamada@weintraub.com
- **Matthew Grimshaw**    mgrimshaw@marshackhays.com, mgrimshaw@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com
- **Christopher Hart**    chart@nutihart.com, admin@nutihart.com
- **Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Teddy M Kapur**    tkapur@pszjlaw.com, mdj@pszjlaw.com
- **Ori Katz**    okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Alan J Kessel**    kessela@pepperlaw.com, janine.philips@troutman.com
- **Alan Jules Kessel**    alan.kessel@troutman.com, janine.philips@troutman.com
- **Jeannie Kim**    jkim@buchalter.com, dgatmen@sheppardmullin.com
- **Jeannie Kim**    jekim@sheppardmullin.com, dgatmen@sheppardmullin.com
- **Jonathan J Kim**    jkim@pszjlaw.com, jkim@pszjlaw.com
- **Kay S Kress**    kay.kress@troutman.com, susan.henry@troutman.com
- **Adam J McNeile**    adam@kbklegal.com, sean@kbklegal.com
- **Randall P Mroczynski**    randym@cookseylaw.com
- **Brett Ramsaur**    brett@ramsaurlaw.com, alecia@ramsaurlaw.com;paralegal@ramsaurlaw.com
- **Jeremy V Richards**    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Michael G Spector**    mgspector@aol.com, mgslawoffice@aol.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Marc J Winthrop**    mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                               **F 9013-3.1.PROOF.SERVICE**

4929-3262-2102.1 68704.003